THOMPSON, WELCH, SOROKO & GILBERT, LLP
Darin T. Judd (SBN 160475)
darin@twsglaw.com
Eric D. McFarland (SBN 214245)
eric@twsglaw.com
Amy Leung (SBN 280318)
amy@twsglaw.com
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:	(415) 448-5000
Facsimile:	(415) 448-5010

Attorneys for Defendant/Counter-Claimant
WINDSOR SECURITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL M. BITTER, individually and as Executor of the Estate of John L. Bitter, Jr.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>WINDSOR SECURITIES LLC,<br><br>Defendant/Counter-Claimant. | Case No. 3:13-cv-05022-WHO<br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT WINDSOR SECURITIES, LLC; ORDER**<br><br>Judge:	Hon. William H. Orrick |

//

//

-1-

Case No.  3:13-cv-05022-WHO
Notice of Withdrawal and Substitution of Counsel for Defendant/Counter-Claimant Windsor Securities, LLC

1  Notice is hereby given that, subject to approval by the Court, Defendant/Counter-Claimant
2  WINDSOR SECURITIES, LLC substitutes Thompson, Welch, Soroko & Gilbert, LLP as counsel of
3  record in place of Arent Fox LLP.
4  Withdrawing counsel for Defendant/Counter-Claimant WINDSOR SECURITIES, LLC is:

>   Michael S. Cryan
>   Arent Fox LLP
>   55 Second Street, 21st Floor
>   San Francisco, CA 94105-3470
>   Telephone:  (415) 757-5506
>   Facsimile:  (415) 757-5501
>   Email:      cryan.michael@arentfox.com
>
>   Lynn R. Fiorentino
>   Arent Fox LLP
>   55 Second Street, 21st Floor
>   San Francisco, CA 94105-3470
>   Telephone:  (415) 757-5503
>   Facsimile:  (415) 757-5501
>   Email:      lynn.fiorentino@arentfox.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant/Counter-Claimant WINDSOR SECURITIES, LLC:

>   Darin T. Judd
>   Thompson, Welch, Soroko & Gilbert, LLP
>   3950 Civic Center Drive, Suite 300
>   San Rafael, CA 94903
>   Telephone:  (415) 448-5000
>   Facsimile:  (415) 448-5010
>   Email:      darin@twsglaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel pursuant to Northern District of California Civil Local Rule 11-5:

Dated: October 22, 2014        ARENT FOX LLP

                               By:  /s/ Michael S. Cryan
                                    Michael S. Cryan
                                    Lynn Fiorentino

Dated: October 22, 2014        THOMPSON, WELCH, SOROKO & GILBERT, LLP

                               By:  /s/ Darin T. Judd
                                    Darin T. Judd
                                    Attorneys for Defendant/Counter-Claimant
                                    WINDSOR SECURITIES, LLC

-2-

Case No.  3:13-cv-05022-WHO
Notice of Withdrawal and Substitution of Counsel for Defendant/Counter-Claimant Windsor Securities, LLC

Dated:  October 22, 2014                          WINDSOR SECURITIES, LLC


                                                  By:     /s/ Steven Prusky
                                                          Steven Prusky

I, Darin T. Judd, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 22, 2014                          THOMPSON, WELCH, SOROKO & GILBERT, LLP


                                                  By:     /s/ Darin T. Judd
                                                          Darin T. Judd
                                                          Attorneys for Defendant/Counter-Claimant
                                                          WINDSOR SECURITIES, LLC

The withdrawal and substitution of counsel is hereby approved and so ORDERED.

Dated:  December 1 , 2014                         _____
                                                  William H. Orrick
                                                  United States District Judge

-3-

Case No.  3:13-cv-05022-WHO
Notice of Withdrawal and Substitution of Counsel for Defendant/Counter-Claimant Windsor Securities, LLC